## First Department, October, 1938.
### (October 7, 1938.)

In the Matter of Supplementary Proceedings: Grace Herlihy, Judgment Creditor, Respondent, v. J. L. Watkins, Judgment Debtor. In the Matter of Supplementary Proceedings: 50 East 72nd Street Corporation, Judgment Creditor, Appellant, v. J. Lawrence Watkins, Jr., Judgment Debtor.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

In the Matter of an Application by Guy D. Benedetto and Others, Petitioners, Appellants, for an Order under Article 78, Civil Practice Act, against Paul J. Kern, President, and Others, Constituting the Municipal Civil Service Commission for the City of New York, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ. [167 Misc. 831.]

Grakama, A.-G., Respondent, v. James Speyer, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within ten days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

In the Matter of the Application of Robert Scales, Committee of the Estate of Walter Scales, an Incompetent ex-Service Man. Robert Scales, Committee of the Estate of Walter Scales, and Margaret Graham, Appellants; United States Veterans Administration and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements to the respondents against the appellant Robert Scales personally. Appeal by Margaret Graham unanimously dismissed. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

Marion Heath, Respondent, v. David R. Heller, Appellant.— Order unanimously reversed, without costs, and the motion granted, without prejudice to a motion by plaintiff at Special Term to open default. (See Blasser v. Morrisania Milk Co., 243 App. Div. 281.) Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

Regina Margareten and Others, Respondents, v. Leopold Horowitz and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

In the Matter of the Application of Robert D. Sterling and Lyman T. Dyer, Respondents, for an Order for the Inspection of the Books and Records of News Projection Corporation (Pursuant to Article 78 of the Civil Practice Act), against News Projection Corporation and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. The date for the inspection to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.